JAY HAMPTON, ESQ.
Nevada Bar No. 5350
MILES HAMPTON, ESQ.
Nevada Bar No. 9050
HAMPTON & HAMPTON, P.C.
880 Seven Hills Drive, Ste. 200
Henderson, Nevada 89052
Telephone: (702) 736-1820
Facsimile: (702) 736-1850
jay@hamptonhampton.com
miles@hamptonhampton.com

*Attorney for Defendant Hampton & Hampton Collections, LLC*

```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           SEP - 6 2016

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-12,<br><br>Plaintiff,<br><br>v.<br><br>FAIRWAY PINES ASSOCIATION; and OPPORTUNITY HOMES, LLC,<br><br>Defendants. | CASE NO.: 3:16-cv-00446<br><br>**STIPULATION AND (PROPOSED) ORDER FOR SUBSTITUTION OF COUNSEL** |
| FAIRWAY PINES ASSOCIATION, a Domestic Non-Profit Cooperative Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HAMPTON & HAMPTON COLLECTIONS, LLC, a Domestic Limited Liability Company,<br><br>Third-Party Defendant. | |

1

| | |
|---|---|
| 1 | OPPORTUNITY HOMES LLC, |
| 2 | Counterclaimant, |
| 3 | v. |
| 4 | U.S. BANK NATIONAL ASSOCIATOIN AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-12; and RAYLENE F. ROACH, |
| 5 | |
| 6 | |
| 7 | Counterdefendants. |
| | OPPORTUNITY HOMES LLC, |
| 8 | Crossclaimant, |
| 9 | v. |
| 10 | |
| 11 | FAIRWAY PINES ASSOCIATION, |
| 12 | Crossdefendant. |
| | OPPORTUNITY HOMES LLC, |
| 13 | Third-Party Plaintiff, |
| 14 | v. |
| 15 | |
| 16 | HAMPTON & HAMPTON COLLECTIONS, LLC, |
| 17 | Third-Party Defendant. |

## **STIPULATION**

Pursuant to LR IA 11-6(c) Defendant, HAMPTON & HAMPTON COLLECTIONS, LLC (hereinafter "Hampton") hereby agrees and stipulates as follows:

. . .

. . .

. . .

. . .

. . .

. . .

2

IT IS HEREBY AGREED AND STIPULATED, that Christopher V. Yergensen, Esq., whose office is located at 6224 West Desert Inn Road, Las Vegas, Nevada 89146, whose telephone number is (702) 804-8885 and whose email address is chris@nas-inc.com, shall substitute as Hampton's attorney in the above-referenced matter in the place and stead of Hampton & Hampton, P.C.

DATED this 30th day of August, 2016.

> HAMPTON & HAMPTON, PC
>
> By: /s/ Jay Hampton
> JAY HAMPTON, ESQ.
> Nevada Bar No. 5350
> MILES HAMPTON, ESQ.
> Nevada Bar No. 9050
> 880 Seven Hills Drive, Ste. 200
> Henderson, Nevada 89052
> Telephone: (702) 736-1820
> Facsimile: (702) 736-1850
> *Original Attorneys for Defendant*
> *Hampton & Hampton Collections, LLC*

Substituting counsel acknowledges responsibility for all pending dates and deadlines.

DATED this 30th day of August, 2016.

> NEVADA ASSOCIATION SERVICES, INC.
>
> By: By: /s/ Christoper V. Yergensen
> CHRISTOPHER V. YERGENSEN, ESQ.
> Nevada Bar No. 6183
> 6224 West Desert Inn Road
> Las Vegas, Nevada 89146
> *Attorneys for Defendant*
> *Hampton & Hampton Collections, LLC*

. . .

. . .

. . .

I HEREBY CONSENT to the substitution of Christopher V. Yergensen, Esq. as counsel for the undersigned, in the above-entitled action.

DATED this 30th day of August, 2016.

By: _____
JOEL JUST, MANAGER
Hampton & Hampton Collections, LLC

## ORDER

IT IS SO ORDERED.

DATED this 6th day of September, 2016.

By: _____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of September 2016, I served the above **STIPULATION AND (PROPOSED) ORDER FOR SUBSTITUTION OF COUNSEL**, via the following method(s):

X     Electronic: by submitting electronically for filing and/or service with the U.S. District Court's CM/ECF electronic filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

___     U.S. Mail: by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

___     Email: by electronically delivering a copy via email to the following email address:

Akerman LLP
Melanie D. Morgan
Thera A. Cooper
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
Fax: (702) 380-8572
Melanie.morgan@akerman.com
Thera.cooper@akerman.com

*Attorneys for Plaintiff*

Perry & Westbrook
Christopher D. Phipps
Alan W. Westbrook
6490 South McCarran Blvd., Suite C-20
Reno, NV 89509
(775) 829-2002
Fax: (775) 829-1808
cphipps@perrywestbrook.com
awestbrook@perrywestbrook.com

*Attorneys for Fairway Pines Association*

The Medrala Law Firm, Prof. LLC
Jakub P. Medrala
1091 S. Cimarron Road, Suite A-1
Las Vegas, NV 89145
(702) 475-8884
Fax: (702) 938-8625
jmedrala@medralalaw.com

*Attorneys for Opportunity Homes*

/s/ Tami J. Reilly