MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff U.S. Bank National Association as Trustee for the Holders of the Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-12*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF THE BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-12<br><br>Plaintiff,<br><br>vs.<br><br>FAIRWAY PINES ASSOCIATION; and OPPORTUNITY HOMES LLC<br><br>Defendants.<br><br>And All Related Claims. | Case No.: 3:16-cv-00446-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

U.S. Bank National Association as Trustee for the Holders of the Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-12 (**U.S. Bank**) and Opportunity Homes LLC's (**Opportunity**) stipulate to dismiss:

1. U.S. Bank's claims against Opportunity; and

2. Opportunity's claims against U.S. Bank.

The claims will be dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

/ / /

1

45731738;1

The parties agree each party shall bear its own attorneys' fees and costs.

DATED: this 23rd day of July, 2018

AKERMAN LLP

/s/ Thera Cooper, Esq.
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134
*Attorneys for U.S. Bank National Association as Trustee for the Holders of the Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2004-12*

DATED: this 23rd day of July, 2018

THE MEDRALA LAW FIRM, PROF. LLC

/s/ Jakub P. Medrala
JAKUB P. MEDRALA, ESQ.
Nevada Bar No. 12822
1091 S. Cimarron Road, Suite A-1
Las Vegas, NV 89145

*Attorney for Opportunity Homes, LLC*

IT IS SO ORDERED:

**ORDER**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: July 24, 2018

45731738;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**, addressed to:

Raylene F. Roach
969 Red Falcon Way
Sparks, NV 89441
*Pro Se*

Christopher V. Yergensen
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, NV 89146
chris@nas-inc.com
*Attorney for Hampton & Hampton Collections, LLC*

/s/ *Erin Surguy*
An employee of AKERMAN LLP

45731738;1

3